# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2006

131190

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE BRIANA CHURCH, KEELEY CHURCH,
and MICHAEL CHURCH, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
   Petitioner-Appellee,

v

ANGELA CHURCH,
   Respondent-Appellant,

and

DONALD CHURCH,
   Respondent.

_____/

SC: 131190
COA: 263541
St. Joseph CC
Family Division: 05-000209-NA

   On order of the Court, the application for leave to appeal the April 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2006

s0627

_____
Clerk